AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>(1) Erison Jose CUELLO-NUNEZ,<br>(2) ▮▮▮▮▮▮▮▮▮▮, (3) Roberto Toledo SANCHEZ, (4) Wander Ernesto CUELLO, and (5) FNU LNU, a/k/a "JOSE"<br>*Defendant(s)* | Case No.<br>23-MJ-5049-JGD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2022__ in the county of __Suffolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §846 | Conspiracy to distribute and possess with intent to distribute controlled substances, including 50 grams or more of methamphetamine, a schedule I controlled substance and 400 grams or more of fentanyl, a Schedule II controlled substance |

This criminal complaint is based on these facts:

See Affidavit of DEA Special Agent Sean Geary

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Sean Geary, DEA Special Agent
*Printed name and title*

Sworn to before me and signed ~~in my presence.~~  Telephonically

Date: **Feb 6, 2023**

_____
*Judge's signature*

City and state:  Boston, Massachusetts

Judith Dein U.S. Magistrate Judge
*Printed name and title*